

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

**CRAIG CARPENITO**
**UNITED STATES ATTORNEY**

*Enes Hajdarpasic*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*enes.hajdarpasic@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2046*
*fax:   (973) 297-2010*

September 20, 2019

**BY ECF**
Honorable Madeline Cox Arleo
United States District Court
for the District of New Jersey
Martin Luther King, Jr., Fed'l Bldg. & U.S. Cthse.
Newark, NJ  07101

      Re:   *W.A.O., et al. v. Kenneth T. Cuccinelli II et al.*
              Case 2:19-cv-11696-MCA-MAH

Dear Judge Arleo:

      This office represents Defendants in this matter. On September 17, 2019, the parties appeared before Your Honor for a status conference concerning the implementation of the Court's July 3, 2019 preliminary injunction order. The Court made certain findings regarding the implementation of the preliminary injunction order and scheduled a status conference for November 21, 2019. Given the procedural posture of the case and the continuing obligations under the order, Defendants believe it would be in the best interest of the parties to extend the deadline to answer to shortly after the next court conference. I have conferred with opposing counsel, Catherine Weiss, Esq., and Plaintiffs are in agreement with an extension of time to November 27, 2019.

      A proposed order of extension is attached to this letter. Thank you for the Court's consideration of this matter.

      Respectfully submitted,

      CRAIG CARPENITO
      United States Attorney

By:   *s/ Enes Hajdarpasic*

      ENES HAJDARPASIC
      Assistant United States Attorney

CC: Counsel of Record by ECF