

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

___

| | | |
|---|---|---|
| CRAIG CARPENITO<br>UNITED STATES ATTORNEY<br><br>*Enes Hajdarpasic*<br>*Assistant United States Attorney* | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>*enes.hajdarpasic@usdoj.gov* | *main: (973) 645-2700*<br>*direct:(973) 297-2046*<br>*fax:   (973) 297-2010* |

November 26, 2019

**BY ECF**
Honorable Madeline Cox Arleo
United States District Court
for the District of New Jersey
Martin Luther King, Jr., Fed'l Bldg. & U.S. Cthse.
Newark, NJ  07101

    Re:   *W.A.O., et al. v. Kenneth T. Cuccinelli II et al.*
           Case 2:19-cv-11696-MCA-MAH

Dear Judge Arleo:

    This office represents Defendants in this matter. The parties appeared before the Court for a status conference on November 21, 2019. The Court scheduled another status conference on January 7, 2019. Given the procedural posture of the case and the continuing obligations under the orders of the Court, Defendants respectfully request an extension of the deadline to answer to January 14, 2019. I have conferred with opposing counsel, Catherine Weiss, Esq., and Plaintiffs consent to the extension request. A proposed order of extension is attached to this letter. Thank you for the Court's consideration of this matter.

                              Respectfully submitted,

                              CRAIG CARPENITO
                              United States Attorney

              By:    *s/ Enes Hajdarpasic*

                              ENES HAJDARPASIC
                              Assistant United States Attorney

CC: Counsel of Record by ECF