

| | **Catherine Weiss** | One Lowenstein Drive |
|---|---|---|
| | Partner and Chair, Lowenstein | Roseland, New Jersey 07068 |
| | Center for the Public Interest | |

**T**: 973.597.2438
**F**: 973.597.2439
**E**: cweiss@lowenstein.com

April 23, 2020

**VIA ECF**

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:    Call-in number for status conference at 2:30 P.M. on April 27, 2020, in W.A.O. v.
       Cuccinelli, Civil Case No.: 2:19-cv-11696(MCA)(MHA)**

Dear Judge Hammer:

Pursuant to Your Honor's Text Order (ECF No. 66), I write to confirm that a telephone status conference has been scheduled on Monday, April 27, 2020, at 2:30 p.m.  As requested, I offer the following call-in information: 855-645-3440 passcode 198852.

Respectfully submitted,

*s/ Catherine Weiss*
Catherine Weiss

CLW:vt

36327/2
4/23/20 206288004.1

---