CRAIG CARPENITO
United States Attorney
ENES HAJDARPASIC
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: (973) 297-2046
Fax: (973) 297-2010
E-mail: enes.hajdarpasic@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| W.A.O., *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> KENNETH T. CUCCINELLI II, *et al.* <br><br> *Defendants.* | HON. MICHAEL A. HAMMER <br><br> Civil Action No. 2:19-cv-11696-MCA-MAH <br><br> ORDER |

This matter having been brought before the Court upon Defendants' letter request, dated November 19, 2020, requesting an extension of time to file an answer, and there being no opposition, and for good cause shown,

IT IS on this 20th day of November, 2020,

ORDERED that Defendants' time to file an answer or otherwise move as to the Complaint filed by Plaintiffs in the above-captioned matter is extended until January 7, 2020.

MICHAEL A. HAMMER
U.S. District Court Magistrate Judge