

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

RACHAEL HONIG
ACTING UNITED STATES ATTORNEY

*Enes Hajdarpasic*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*enes.hajdarpasic@usdoj.gov*

main: (973) 645-2700
direct: (973) 297-2046
fax:    (973) 297-2010

January 6, 2021

**BY ECF**
Honorable Michael A. Hammer
United States District Court
for the District of New Jersey
Martin Luther King, Jr., Fed'l Bldg. & U.S. Cthse.
Newark, NJ  07101

    Re:   *W.A.O., et al. v. Kenneth T. Cuccinelli II et al.*
         Case 2:19-cv-11696-MCA-MAH

Dear Judge Hammer:

    This office represents Defendants in this matter. My office is currently in communication with Plaintiffs' counsel regarding a possible resolution of this matter. However, additional time is needed to confer with Plaintiffs about the terms of a possible resolution. Moreover, my office will need additional time to communicate with U.S. Citizenship and Immigration Services regarding a possible settlement. Therefore, my office respectfully requests a 45-day extension of the deadline to file an answer or otherwise move. Plaintiffs' counsel does not object to this extension request. A proposed order of extension is attached to this letter. Thank you for the Court's consideration of this matter.

         Respectfully submitted,

         RACHAEL HONIG
         Acting United States Attorney

    By:   *s/ Enes Hajdarpasic*

         ENES HAJDARPASIC
         Assistant United States Attorney

CC: Counsel of Record by ECF