# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| W.A.O., H.H.M.C., N.L.J., and K.M.R.L., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRACY L. RENAUD, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; ALEJANDRO N. MAYORKAS, Secretary, U.S. Department of Homeland Security; TERRI ROBINSON, Director, National Benefits Center, U.S. Citizenship and Immigration Services; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendants. | Civil Action No. 2:19-cv-11696 (MCA)(MAH) <br><br><br> **CONSENT ORDER** |

**THIS MATTER** having been brought before the Court by stipulation of Plaintiffs W.A.O., H.H.M.C., N.L.J., and K.M.R.L., on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants Tracy L. Renaud, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; Alejandro N. Mayorkas, Secretary, U.S. Department of Homeland Security; Terri Robinson, Director, National Benefits Center, U.S. Citizenship and Immigration Services; United States Department of Homeland Security; and United States Citizenship and Immigration Services ("Defendants"), requesting an

extension of time for Plaintiffs to amend their Complaint as of right while the parties continue settlement negotiations, and for good cause shown

It is on this __19__ day of April, 2021:

**ORDERED** that the period within which Plaintiffs may amend their Complaint as of right is extended to twenty-one (21) days beyond May 4, 2021, that is, on or before May 25, 2021.

Hon. Michael A. Hammer, U.S.M.J.

The undersigned hereby consent
to the form and entry of this Order:

s/ Catherine Weiss
Catherine Weiss
(cweiss@lowenstein.com)

LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500

Pro Bono Counsel for Plaintiffs
W.A.O., H.H.M.C., N.L.J., and
K.M.R.L.,
on behalf of themselves and all others
similarly situated

RACHAEL A. HONIG
Acting United States Attorney

s/ Enes Hajdarpasic
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 297-2046
Enes.Hajdarpasic@usdoj.gov
Counsel for Defendants