UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| W.A.O., *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>UR M. JADDOU, *et al.*,<br><br>*Defendants.* | *No.* 2:19-cv-11696-MCA-MAH<br><br>**NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF PROPOSED STIPULATION OF SETTLEMENT AND DISMISSAL UNDER FED. R. CIV. P. 23(e)** |

PLEASE TAKE NOTICE that the Named Plaintiffs, on behalf of themselves and the certified Class they represent, together with the Defendants, respectfully move the Court to enter an Order, in accordance with Federal Rule of Civil Procedure 23(e):

1. Granting final approval of the proposed Stipulation of Settlement the Court preliminarily approved on February 10, 2022 (*see* ECF Nos. 119-1, 123);

2. Approving the Parties' methods for providing notice of the final approval to the Class, in English and Spanish, as set forth in Section IV of the proposed Stipulation of Settlement and Dismissal; and

3. Setting the deadline for dissemination of such notice.

In support of this motion, the Parties file herewith:

1. A Memorandum of Law in Support of Joint Motion for Final Approval of Stipulation of Settlement and Dismissal; and

    2.    A proposed Final Approval and Order.

Dated: April 11, 2022

Respectfully submitted,

| | |
|---|---|
| s/ *Catherine Weiss* | PHILIP R. SELLINGER |
| Catherine Weiss | United States Attorney |
| (cweiss@lowenstein.com) | |
| Craig Dashiell | s/ *Alex Silagi* |
| (cdashiell@lowenstein.com) | Alex Silagi |
| | Assistant United States Attorney |
| LOWENSTEIN SANDLER LLP | (alex.silagi@usdoj.gov) |
| One Lowenstein Drive | |
| Roseland, New Jersey 07068 | Office of the United States Attorney |
| | 970 Broad Street, Suite 700 |
| Tel:  (973) 597-2438 | Newark, New Jersey 07102 |
| | |
| Pro Bono Counsel for Plaintiffs | Tel: (973) 297-2046 |
| W.A.O., H.H.M.C., N.L.J., | |
| and K.M.R.L., on behalf of | Counsel for Defendants |
| themselves and all others | |
| similarly situated | |